United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYON JONES, G35669,

           Plaintiff,

    v.

H. CASTANEDA,

           Defendant(s).

Case No. 24-cv-05076-CRB  (PR)

**ORDER OF DISMISSAL**

    On December 17, 2024, the court dismissed plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 claiming that Correctional Officer H. Castaneda retaliated against plaintiff by having other prisoners threaten plaintiff with leave to amend to set forth specific facts to state a viable retaliation claim in violation of the First Amendment, if possible.  The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action." ECF No. 10 at 2.

    More than 40 days have passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  The complaint accordingly is DISMISSED.

    The clerk is directed to close the case and terminate all pending motions as moot.

    **IT IS SO ORDERED**.

Dated:  January 28, 2025

_____

CHARLES R. BREYER
United States District Judge